| | | | |
|---|---|---|---|
| Holcomb v. Colonial Assocs., L.L.C.<br><br>Case below:<br>153 N.C. App. 413 | No. 581A02 | 1. Plt's PWC as to Additional Issues (COA01-1067)<br><br>2. Defs' Conditional PWC as to Additional Issues | 1. Denied<br><br>2. Denied |
| Howerton v. Arai Helmet, Ltd.<br><br>Case below:<br>158 N.C. App. 316 | No. 383PA03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-612) | Allowed |
| Hummel v. University of North Carolina<br>Case below:<br>156 N.C. App. 108 | No. 131PA03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-398) | Allowed |
| Hummer v. Pulley, Watson, King & Lischer, P.A.<br>Case below:<br>157 N.C. App. 60 | No. 239P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-477) | Denied<br><br>**Edmunds, J., recused** |
| Hunter-McDonald, Inc. v. Edison Foard, Inc.<br>Case below:<br>157 N.C. App. 560 | No. 281P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-942) | Denied |
| Hyde v. Anderson<br><br>Case below:<br>158 N.C. App. 307 | No. 319P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-1039) | Denied |
| In re Butts<br><br>Case below:<br>157 N.C. App. 609 | No. 296A03 | 1. AG's Motion for Temporary Stay (COA02-531)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's NOA Based Upon a Dissent<br><br>4. AG's PDR as to Additional Issues<br><br>5. Respondent's (Travis Ray Butts) Motion to Dismiss State's PDR<br><br>6. Respondent's (Travis Ray Butts) Motion to Amend the Record on Appeal | 1. Allowed<br>**06/06/03**<br><br>2. Allowed<br><br>3. —<br><br>4. Allowed<br><br>5. Denied<br><br>6. Allowed |
| In re Estes<br><br>Case below:<br>157 N.C. App. 513 | No. 290P03 | Petitioner's (Iredell County Department of Social Services) PDR Under N.C.G.S. § 7A-31 (COA02-971) | Denied |
| In re Laney<br><br>Case below:<br>156 N.C. App. 639 | No. 211P03 | Respondent's (Shevalo Laney) PDR Under N.C.G.S. § 7A-31 (COA02-640) | Denied |